B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Yakubik, Joseph William** | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>**Yakubik, Darcie Ann** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Darcie Crine** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8404** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3057** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1448 MacDonald Ranch Drive**<br>**Las Vegas, NV**<br>ZIP Code **89102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1448 MacDonald Ranch Drive**<br>**Las Vegas, NV**<br>ZIP Code **89102** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 530778**<br>**Henderson, NV**<br>ZIP Code **89053** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yakubik, Joseph William**<br>**Yakubik, Darcie Ann** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**Mastercraft of Las Vegas** | Case Number:<br>**09-22500** | Date Filed:<br>**7/14/09** |
|---|---|---|
| District:<br>**Las Vegas** | Relationship:<br>**owner** | Judge:<br>**Linda B. Riegle** |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Timothy S. Cory**         **August 12, 2009**<br>   Signature of Attorney for Debtor(s)     (Date)<br>   **Timothy S. Cory** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Yakubik, Joseph William**
**Yakubik, Darcie Ann**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Joseph William Yakubik**
Signature of Debtor  **Joseph William Yakubik**

**X /s/ Darcie Ann Yakubik**
Signature of Joint Debtor  **Darcie Ann Yakubik**

_____
Telephone Number (If not represented by attorney)

**August 12, 2009**
Date

### Signature of Attorney*

**X /s/ Timothy S. Cory**
Signature of Attorney for Debtor(s)
**Timothy S. Cory 1972**
Printed Name of Attorney for Debtor(s)
**Timothy S. Cory & Associates**
Firm Name
**8831 W. Sahara Ave.**
**Las Vegas, NV 89117**

Address

**Email: tim.cory@corylaw.us**
**(702) 388-1996  Fax: (702) 382-7903**
Telephone Number
**August 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### District of Nevada

In re  **Joseph William Yakubik**
         **Darcie Ann Yakubik**
                                                    Debtor(s)

Case No. _____
Chapter  **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Joseph William Yakubik**
                               **Joseph William Yakubik**

Date:  **August 12, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Joseph William Yakubik**
      **Darcie Ann Yakubik**
                               Debtor(s)

Case No. _____
Chapter  **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Darcie Ann Yakubik**
                             **Darcie Ann Yakubik**

Date:  **August 12, 2009**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re   **Joseph William Yakubik**
         **Darcie Ann Yakubik**
                                        Debtor(s)

Case No.
Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American General Finance** **1928 N Decatur** **Las Vegas, NV 89108** | **American General Finance** **1928 N Decatur** **Las Vegas, NV 89108** | **522 Sellers Place** | | **68,175.20** **(54,000.00 secured)** |
| **American General Finance** **1928 N Decatur** **Las Vegas, NV 89108** | **American General Finance** **1928 N Decatur** **Las Vegas, NV 89108** | **563 Sellers Place** | | **68,175.20** **(54,000.00 secured)** |
| **Anchor Mortgage Pension Fund** **6260 S RainbowBlvd #265** **Las Vegas, NV 89118-3238** | **Anchor Mortgage Pension Fund** **6260 S RainbowBlvd #265** **Las Vegas, NV 89118-3238** | **178-13-717-008 Lake Mead Land** | | **25,000.00 (175,000.00 secured) (225,540.47 senior lien)** |
| **Bank of America** **PO Box 17054** **Wilmington, DE 19884** | **Bank of America** **PO Box 17054** **Wilmington, DE 19884** | **mastercraft of Las Vegas** | **Disputed** | **46,382.83** |
| **Bank of America** **PO Box 17054** **Wilmington, DE 19884** | **Bank of America** **PO Box 17054** **Wilmington, DE 19884** | **Mastercraft of las Vegas** | **Disputed** | **29,811.43** |
| **Bank of America** **9000 Southside Blvd** **Jacksonville, FL 32256** | **Bank of America** **9000 Southside Blvd** **Jacksonville, FL 32256** | **Mastercraft of Las Vegas** | **Disputed** | **1,355,272.77** |
| **Bank of America** **4161 Peidmont Pkwy** **Greensboro, NC 27410** | **Bank of America** **4161 Peidmont Pkwy** **Greensboro, NC 27410** | **1448 Mac Donald Ranch** | | **500,892.00 (1,600,000.00 secured) (1,709,515.00 senior lien)** |
| **Bank of America** **9000 Southside Blvd** **Jacksonville, FL 32256** | **Bank of America** **9000 Southside Blvd** **Jacksonville, FL 32256** | **Mastercraft of Las Vegas Contract obligation** | **Disputed** | **58,995.00** |
| **Bank of the West** **POB 515274** **Los Angeles, CA 90051-6574** | **Bank of the West** **POB 515274** **Los Angeles, CA 90051-6574** | **Mastercraft of Las Vegas** | **Disputed** | **100,000.00** |
| **Celtic Bank** **340 E 400 S** **Salt Lake City, UT 84111** | **Celtic Bank** **340 E 400 S** **Salt Lake City, UT 84111** | **Mastercraft** | **Disputed** | **1,409,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Joseph William Yakubik**
      **Darcie Ann Yakubik**                                     Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cental Mortgage<br>801 John Barrow Rd Ste 1<br>Little Rock, AR 72205 | Cental Mortgage<br>801 John Barrow Rd Ste 1<br>Little Rock, AR 72205 | 610 Overland Drive | | 212,000.00<br><br>(145,000.00 secured) |
| Countrywide HL<br>450 American Street<br>Simi Valley, CA 93065 | Countrywide HL<br>450 American Street<br>Simi Valley, CA 93065 | 2812 Dotted Wren | | 192,603.00<br><br>(160,000.00 secured) |
| Countrywide HL<br>450 American Street<br>Simi Valley, CA 93065 | Countrywide HL<br>450 American Street<br>Simi Valley, CA 93065 | 33 Braelinn Dr | | 347,383.00<br><br>(325,000.00 secured) |
| Discover Financial Services<br>Po box 15316<br>Roswell, GA 30076 | Discover Financial Services<br>Po box 15316<br>Roswell, GA 30076 | credit card purchases | | 11,605.86 |
| Gate Way Bank<br>2336 Merced St<br>San Leandro, CA 94577-4209 | Gate Way Bank<br>2336 Merced St<br>San Leandro, CA 94577-4209 | 1448 Mac Donald Ranch | | 199,668.08<br>(1,600,000.00 secured)<br>(2,211,407.00 senior lien) |
| GMAC<br>PO Box 78252<br>Phoenix, AZ 85052 | GMAC<br>PO Box 78252<br>Phoenix, AZ 85052 | Mastercraft of Las Vegas truck | Disputed | 24,958.00 |
| Joseph and Kristine Bauman<br>8220 Omni Ct<br>Las Vegas, NV 89149-4700 | Joseph and Kristine Bauman<br>8220 Omni Ct<br>Las Vegas, NV 89149-4700 | 178-13-717-008 Lake Mead Land | | 225,000.00<br><br>(175,000.00 secured) |
| Saxon Mortgage Crop<br>4708 Merchantile Dr N<br>Fort Worth, TX 76137 | Saxon Mortgage Crop<br>4708 Merchantile Dr N<br>Fort Worth, TX 76137 | 1448 Mac Donald Ranch | | 1,709,515.00<br><br>(1,600,000.00 secured) |
| US Bank NA<br>c/o Snell & Wilmer<br>3883 Howard Hughes Pkwy, #1100<br>Las Vegas, NV 89169 | US Bank NA<br>c/o Snell & Wilmer<br>3883 Howard Hughes Pkwy, #1100<br>Las Vegas, NV 89169 | Mastercraft of Las Vegas retail finance contract | Disputed | 86,363.23 |
| Wells Fargo Student Loan<br>PO Box 5185<br>Sioux Falls, SD 57117-5185 | Wells Fargo Student Loan<br>PO Box 5185<br>Sioux Falls, SD 57117-5185 | student loan | | 11,059.36 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Joseph William Yakubik**
     **Darcie Ann Yakubik**                                                                                  Case No.  _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Joseph William Yakubik** and **Darcie Ann Yakubik**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date    **August 12, 2009**            Signature    **/s/ Joseph William Yakubik**
                                                    **Joseph William Yakubik**
                                                    Debtor

Date    **August 12, 2009**            Signature    **/s/ Darcie Ann Yakubik**
                                                      **Darcie Ann Yakubik**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
**District of Nevada**

In re: **Joseph William Yakubik / Darcie Ann Yakubik**, Debtor(s)

Case No.  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 10,000.00 |
   | Prior to the filing of this statement I have received | $ 10,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 12, 2009**

**/s/ Timothy S. Cory**
**Timothy S. Cory**
**Timothy S. Cory & Associates**
**8831 W. Sahara Ave.**
**Las Vegas, NV 89117**
**(702) 388-1996   Fax: (702) 382-7903**
**tim.cory@corylaw.us**

---

```
Joseph William Yakubik
Darcie Ann Yakubik
PO Box 530778
Henderson, NV 89053

Timothy S. Cory
Timothy S. Cory & Associates
8831 W. Sahara Ave.
Las Vegas, NV 89117

Allied Interstate, Inc.
12655 North Central Expressway #650
Dallas, TX 75242

American Express
Acct No xxxx-xxxxx-x2008
c/o GC Services Limited Partnership
PO Box 39050
Phoenix, AZ 85069

American Express
Acct No xxxxxxxxxxx3000
c/o GC Services Limited Partnership
PO Box 297871
Fort Lauderdale, FL 33325

American General Finance
Acct No xxxx5083
1928 N Decatur
Las Vegas, NV 89108

American Hardware Mutual Insurance
Acct No 5634
4741 East Broad Street
Columbus, OH 43215

Anchor Mortgage Pension Fund
6260 S RainbowBlvd #265
Las Vegas, NV 89118-3238

Arroyo Mesa Townhomes
Acct No 1625BX
PO Box 63398
Phoenix, AZ 85082

Bank of America
PO bOx 10219
Van Nuys, CA 91410-0219

Bank of America
Acct No xxxxxxxxx2799
4161 Peidmont Pkwy
Greensboro, NC 27410
```

```
Bank of America
Acct No xxxx-xxxxxx-x3701
PO Box 17054
Wilmington, DE 19884

Bank of America
9000 Southside Blvd
Jacksonville, FL 32256

Bank of the West
POB 515274
Los Angeles, CA 90051-6574

Bank of the West
Reporting/accounting NC-TRE-BI-D
PO Box 8160
Walnut Creek, CA 94596-8160

Barclay's Bank of Delaware
Acct No xx9596xxx


Celtic Bank
340 E 400 S
Salt Lake City, UT 84111

Cental Mortgage
Acct No xxxxxx2786
801 John Barrow Rd Ste 1
Little Rock, AR 72205

Chase
Acct No xxxx8510xxxx
PO Box 94014
Palatine, IL 60094-4014

CITI
Acct No xxxx1806xxx
PO Box 6401
The Lakes, NV 88901-6401

Citi Martgage
Acct No xxxxxxx189-1
PO Box 6006
The Lakes, NV 88901-6006

Clark County Treasurer
Acct No xxx-xx-xx0-116
500 S Garnd Central Parkway
po bOX 551220
Las Vegas, NV 89155-1220
```

```
Clark County WAter Reclamation
Acct No xxx0205
PO Box 98526
Las Vegas, NV 89193-8526

Conant Nelson & Conant, LTD
Acct No x4029
3215 W. Charleston Blvd
Las Vegas, NV 89102

Contant Nelson & Contant
Acct No x4001
3125 W Charelston Blvd
Las Vegas, NV 89102

Countrywide HL
Acct No xxxxx3681
450 American Street
Simi Valley, CA 93065

David Vu
c/o Leslie Godfrey
3773 Howard Hughes Pkwy #400N
Las Vegas, NV 89169

Discover Financial Services
Acct No xxxx0094xxxx
Po box 15316
Roswell, GA 30076

Gate Way Bank
Acct No xx xxxx67 01
2336 Merced St
San Leandro, CA 94577-4209

GE Capital
PO Box 31001
Pasadena, CA 91110

GE Commercial Distribution Finance
PO Box 74656
Chicago, IL 60575

GMAC
Acct No xxxxxxx9978
PO Box 9001948
Louisville, KY 40290-1948

GMAC
PO Box 78252
Phoenix, AZ 85052

Horizon Heights Real
PO Box 530778
Henderson, NV 89053
```

Case 09-24688-lbr    Doc 1    Entered 08/12/09 12:56:25    Page 15 of 17

```
Interstate Battery Co.
4151 W. Oquendo
Las Vegas, NV 89118

Joseph and Kristine Bauman
8220 Omni Ct
Las Vegas, NV 89149-4700

Juniper


Lockett & Sullivan
PO Box 71509
Reno, NV 89570

Mastercraft of Las Vegas


Mastercraft of Las Vegas
PO Box 530778
Henderson, NV 89053

Nevada Department of tranportation
1263 SOuth Stewart Street
Carson City, NV 89712

Nevada State Bank
Acct No x2001xxxx
2185 S 3270 W
Salt Lake City, UT 84119

Port Supply
POB 50060
Watsonville, CA 95077-5060

Provident Funding
Acct No xxxxx0181
PO Box 54957
Los Angeles, CA 90054

Raymond Tan
4875 Buckhaven Rd
Reno, NV 89519

Real Properties Management Group
Acct No 1448 MacDonald Ranch Dr
The Foothills
PO Box 95606
Las Vegas, NV 89193-5606

RMI Mangament
Acct No ANCCxxxxxx7401
Anthem Country Club HOA
PO Box 98819
Las Vegas, NV 89193
```

```
RMS
77 Hartland St #401
East Hartford, CT 06128-0431

Santoro Driggs
400 S. 4th 3rd floor
Las Vegas, NV 89101

Saxon Mortgage Crop
Acct No xxxxxx3663
4708 Merchantile Dr N
Fort Worth, TX 76137

Sears/CBSD
Acct No xxxx9413xxxx


Southern Nevada Health District
Acct No xxx-xx-xx2-004
PO Box 3902
Las Vegas, NV 89127

Summerfield Village HOA
Acct No 588
PO Box 63185
Phoenix, AZ 85082-3185

Textron Financial
21720 Network Place
Chicago, IL 60673

UPS
PO Box 854820
Los Angeles, CA 90169

US Bank NA
c/o Snell & Wilmer
3883 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169

Wells Fargo
Acct No xx6539xxxx
PO BOx 30086
Los Angeles, CA 90030-0086

Wells Fargo Student Loan
Acct No xxxxxxxx6419xxxx
PO Box 5185
Sioux Falls, SD 57117-5185

Wels Fargo
PO Box 51965
Los Angeles, CA 90051-6265
```

```
YESCO
2408 Foothills Dr.
Salt Lake City, UT 84109
```