PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-6081

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

In re                                                          Bk. No. 09-24688-lbr
JOSEPH WILLIAM YAKUBIK AND DARCIE
ANN YAKUBIK AKA DARCIE CRINE,
                                                               Chapter 11

    Debtors.                                       REQUEST FOR SPECIAL NOTICE
_____/

        IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, be also sent to the agents for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, claimant herein, addressed as follows:

        PROBER & RAPHAEL, A LAW CORPORATION
        20750 Ventura Boulevard, Suite 100
        Woodland Hills, California 91364

Dated: September 2, 2009        By /s/ Dean R. Prober
                DEAN R. PROBER, ESQ., CA BAR # 106207
                As Agent for BAC Home Loans Servicing, LP

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Denise Mills, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, September 8, 2009 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Joseph William Yakubik
P.O. Box 530778
Henderson, NV 89053

Darcie Ann Yakubik
1448 MacDonald Ranch Drive
Las Vegas, NV 89102

Adam P. Bowler, Esquire
Timothy S. Cory & Associates
8831 West Sahara Avenue
Las Vegas, NV 89117

U.S. Trustee
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2009, at Woodland Hills, California.

/s/ Denise Mills
Denise Mills

2