**Marquis & Aurbach**
DAVID A. COLVIN, ESQ.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
dcolvin@marquisaurbach.com
(702) 382-0711
*Attorneys for Creditor, Tucker Investments, LLP*

E-Filed: 10-7-09

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>JOSEPH WILLIAM YAKUBIK<br>DARCIE ANN YAKUBIK<br><br>Debtor. | Case No:    BK-S-09-24688-LBR<br>Chapter:    11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Marquis & Aurbach, attorney for TUCKER INVESTMENTS, LLP (Claimant/Creditor"), hereby enters an appearance as counsel of record for Creditor and Party-In-Interest in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

David A. Colvin, Esq.
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, Nevada 89145
dcolvin@marquisaurbach.com
(702) 382-0711
(702) 856-8945 fax

Page 1 of 2

M&A:10269-001 899481_1 10/7/2009 11:33 AM

PLEASE TAKE FUTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitations, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this case.

This Notice of Appearance and Request for Special Notice shall not be deemed or construed to be a waiver of: Maryland Square Shopping center's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupment to which: Tucker Investments, LLP is or may be entitled, in law or in equity, all of which expressly reserve.

Dated, this 7th day of October, 2009.

MARQUIS & AURBACH

By _____
David A. Colvin, Esq.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney(s) for Creditor, Tucker Investments, LLP*

M&A:10269-001 899481_1 10/7/2009 11:33 AM