Entered on Docket
April 01, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Submitted: 3/31/2010

Brian E. Holthus, Esq.
Nevada Bar No. 2720
Anna Jane Zarndt, Esq.
Nevada Bar No. 10809
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway
Suite 1600, Wells Fargo Tower
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (709) 699-7555
E-mail: bankruptcy@juww.com
Attorneys for GMAC Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

JOSEPH WILLIAM YAKUBIK,
DARCIE ANN YAKUBIK,

        Debtors.

Case No. BK-S-09-24688-LBR
Chapter 11

Date: March 22, 2010
Time: 1:30 PM

**CONDITIONAL ORDER TERMINATING THE AUTOMATIC STAY**

    Anna Jane I. Zarndt, Esq. appearing on behalf of Secured Creditor GMAC Inc. ("GMAC") and Adam P. Bowler, Esq. appearing on behalf Debtors, upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by GMAC, Docket No. 74 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and Opposition to the Motion and argument, having been considered, and good cause existing:

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors must make an adequate protection payment to GMAC in the amount of $522.00 in certified funds no later than Monday, March 29, 2010.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors must make adequate protection payments to be received by GMAC on the 5th of each month beginning April 5, 2010 in the amount of $522.00. In the event the Debtors fail to make any ordered payment, the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtors and the Trustee in favor of Secured Creditor, GMAC Inc., as it pertains to the following property:

2006 Cadillac STS, VIN 1G6DX67D260214900

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that GMAC will give Debtors five (5) day notice of its intent to pursue its state court remedies.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ten (10) day stay imposed under Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the Vehicle.

Submitted by:

JOLLEY URGA WIRTH
WOODBURY & STANDISH

/s/Anna Jane Zarndt, Esq.
Brian E. Holthus, Esq., #2720
Anna Jane Zarndt, Esq., #10809
3800 Howard Hughes Pkwy. 16th Floor
Las Vegas, Nevada 89169
Attorneys for Secured Creditor

APPROVED/DISAPPROVED

Did Not Respond
_____
Adam P. Bowler
Attorneys for Debtor

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500    Fax: (702) 699-7555

1  APPROVED/DISAPPROVED

2

3

4  _Did Not Respond_
   Office of the United States Trustee

5

6  **ALTERNATIVE METHOD re: RULE 9021:**

7  In accordance with Local Rule 9021, the undersigned certifies:

8  ___The court waived the requirements of LR 9021.
   ___This    is a chapter 7 or 13 case, and either with the motion, or at hearing, I have
9         delivered a copy of this proposed order to all counsel who appeared at the hearing,
          any unrepresented parties who appeared at the hearing, an each has approved or
10        disapproved the order, or failed to respond, as indicated below:
   ✓This    is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed
11        order to all counsel who appeared at the hearing, and unrepresented parties who
          appeared at the hearing, and each has approved or disapproved the order, or failed
12        to respond, as indicated below:
   ___ I certify that I have served a copy of this order with the motion, and no parties
13        appeared or filed written objections.

14

15

16                                          JOLLEY URGA WIRTH WOODBURY &
                                            STANDISH
17
                                            _[signature]_
18                                          _____
                                            An  Employee  of  Jolley  Urga  Wirth
19                                          Woodbury & Standish

20                                                    # # #

21

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500    Fax: (702) 699-7555