STACY M. ROCHELEAU, ESQ.  E-filed June 1, 2010
Nevada Bar No. 7886
ROCHELEAU LAW GROUP, P.C.
375 N. Stephanie St., Bldg. #2
Henderson, Nevada 89014
stacy@rocheleaulaw.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>YAKUBIK, JOSEPH WILLIAM, and<br>YAKUBIK, DARCIE ANN | Case No.   BK-S-09-24688-lbr<br>Chapter 11<br><br>Date:   June 16, 2010<br>Time:   1:30 p.m. |

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND COUNTERMOTION TO SELL REAL PROPERTY

Joseph William Yakubik and Darcie Ann Yakubik, the above-captioned debtors (the "Debtors"), by and through their counsel, hereby submit their Opposition (this "Opposition") to the Motion for relief from Automatic Stay (the "Motion") filed by Wells Fargo Bank, N.A., and countermoves this Court for an order approving the Sale of Real Property Free and Clear of Liens, Charges, Interest and Encumbrances Pursuant to 11 U.S.C. §363(b)(1).

This countermotion is made pursuant to 11 U.S.C. §§ 105 and 363, and Rules 2002(a)(2) and 6004(a) and ( c) of the Federal Rules of Bankruptcy Procedure. This Motion is further based upon the following Memorandum of Points and Authorities, the pleadings, papers, exhibits, the entire case file, and any oral arguments this Court may wish to hear.

DATED this 1st day of June, 2010.

ROCHELEAU LAW GROUP, P.C.

/s/ Stacy Rocheleau

STACY M. ROCHELEAU, ESQ.
Nevada Bar No. 7886
375 N. Stephanie St., Bldg. #2
Henderson, Nevada 89014
stacy@rocheleaulaw.com
Attorneys for Debtors

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(B)(1) and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(B)(2)(a).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are §§ 105(a) and 363 of the Bankruptcy Code, and Rules 2002(a)(2) and 6004(a) and ( c) of the Federal Rules of Bankruptcy Procedure.

## II. FACTUAL BACKGROUND

4. On August 12, 2009 (the "Petition Date"), Joseph Yakubik and Darcie Yakubik (the "Debtors") filed a voluntary petition for relief under chapter 11.

5. On February 17, 2010, Debtors filed a Disclosure Statement [Docket No. 130] and proposed chapter 11 plan [Docket No. 129] (the "Plan").

6. On March 20, 2010, Debtor received an offer to purchase property commonly known as 4443 E. Harmon Avenue, Las Vegas Nevada 89121 (the "Property") for $54,000. A true and correct copy of the proposed Real Estate Purchase Contract (the "Contract" dated March 20, 2010 is attached as Exhibit "1").

7. The Buyer made an Earnest Money Deposit in the amount of a $1,000 check to Nevada Title Company in connection with the Buyer's offer to purchase the Property.

8. On April 19, 2010, Debtors filed an Amended Disclosure Statement [Docket No. 167] (the "Amended Disclosure Statement"), and the Debtors, in anticipation of the sale of the property, did not include the property in the Chapter 11 plan.

9. On April 7, 2010, Wells Fargo Bank, N.A. ("Wells Fargo") filed its Motion for relief from the automatic stay on the Property.

10. The Motion seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(2) based on a stated lack of equity in the property.

11. On May 15, 2010, Debtors filed a Seconded Amended Disclosure Statement (the "Second Amended Disclosure Statement") and Amended Chapter 11 plan (the "Amended Plan").

12. The Debtor listed the value of the Property and building at $60,000. [Docket No. 18, Schedule A].

13. Pursuant to the preliminary title report obtained, the Property is encumbered by two (2) liens currently recorded against the Property:

(a) Deed of Trust recorded June 3, 1994 by Wells Fargo Bank against the property in the amount of $86,912.00; and

(b) Deed of Trust recorded August 26, 1996 by Firstplus Financial, Inc. against the Property in the amount of $25,000.00.

14. An appraisal was obtained on the Property by a Nevada Licensed Appraisal on or about April 7, 2010, stating the value of the Property is $54,000.00. See Exhibit "2."

15. The contract price is equal to the value of the Property.

16. By way of this countermotion, the Debtors seek authorization to sell the Property to the proposed Buyer pursuant to the Contract for $54,000.00, free and clear of all interests, charges, liens or encumbrances.

17. All net proceeds of the sale of the property will be used to pay first lien holder Wells Fargo Bank, N.A.

18. Monthly payments have not been made to Wells Fargo Bank, N.A. due to the property remaining vacant for the past six months, which is was mainly due to the poor condition of the property. As depicted on the initial photograph on the appraisal, and as stated in the appraisal, the subject property has higher typical physical depreciation for the actual age. The subject property is missing flooring, has some partial drywall repairs, but is not finished and/or painted, has damaged exterior siding, and a damaged roof which is likely leaking.

19. Should the court decline to approve the sale, the Debtors propose that monthly adequate protection payments be made pending the amendment and approval of the disclosure statement.

20. If proposed sell is not approved, the Buyer has agreed to a lease option on the property which also allows for immediate rent payments to be released to Wells Fargo Bank, N.A.

### III. LEGAL AUTHORITIES

Section 363(b)(1) of the Bankruptcy Code provides for the sale of the Debtor's property as follows:

(1) The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate, except that if the debtor in connection with offering a product or a service discloses to an individual a policy prohibiting the transfer of personally identifiable information about individuals to persons that are not affiliated with the debtor and if such policy is in effect on the date of the commencement of the case, then the trustee may not sell or lease personally identifiable information to any person unless–

(A) such sale or such lease is consistent with such policy; or
(B) after appointment of a consumer privacy ombudsman in accordance with section 332, and after notice and a hearing, the court approves such sale or such lease–

(i) giving due consideration to the facts, circumstances, and conditions of such sale or such lease; and
(ii) finding that no showing was made that such sale or such lease would violate applicable nonbankruptcy law.

Thus, pursuant to Section 363(b)(1) of the Bankruptcy Code, the Trustee, after notice and hearing, may sell property of the Debtor, other than in the ordinary course of business. The trustee's application of his sound business judgment in the use, sale or lease of property is subject to great judicial deference. See, e.g., *In re Moore*, 110 B.R. 924 (Bankr. C.D.Cal. 1990); *In re Canyon P'ship*, 55 B.R. 520 (Bankr. S.D.Cal. 1985). In determining whether any sale of assets outside the ordinary course of business should be approved, bankruptcy courts generally consider the following factors:

1. Whether a sufficient business reason exists for the sale;
2. Whether the proposed sale is in the best interest of the estate, such that the proposed sale terms should have been properly negotiated and proposed in good faith and the purchaser should have been involved in an "arms-length" transaction with the seller; and
3. Whether notice of the sale was sufficient.

See *In re Walter*, 83 B.R. 14, 19-20 (B.A.P. 9th Cir. 1988) (stating that there must be some articulated business justification for using, selling or leasing the property outside the ordinary course of business) (citing *In re Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983) (stating that the bankruptcy court should consider all salient factors pertaining to the proceeding and, accordingly, act to further the diverse interest of the debtor, creditors and equity holders alike)).

The bankruptcy court's evaluation of a proposed sale of assets free and clear of liens requires

a finding that the sale must be in the best interest of the estate. See *In re Hunt Energy, Co.*, 48 B.R. 472, 485 (Bankr. N.D.Ohio 1985) (citing *Seychelles, P'ship & Genius Corp. v. Banyan Corp.*, 32 B.R. 708, 711 (Bankr. N.D.Tex. 1983); *In re Bridges*, 19 B.R. 847, 849 (Bankr. D.Me. 1982) (stating that the sale of personalty subject to the lien of an over-secured, cross-collateralized creditor benefitted the estate by satisfying part of the creditor's claim, thereby releasing other cross-collateralized estate property from that portion of the creditor's secured claim).

While a number of terms have been adopted to describe the requirement under Section 363, numerous courts have predicated their approval of a sale under Section 363(f) upon a finding that the proposed price is fair. See *In re Healthco Int'l, Inc.*, 174 B.R. 174, 177 (Bankr. D.Mass. 1994); see also *In re 18th Ave. Dev. Corp.*, 14 B.R. 862, 863 (Bankr. S.D.Fla. 1981) (court approved sale of individual single family homes subject to lien on entire development was approved under Section 363(f), finding it was necessary for trustee to ensure "highest possible price was paid").

Section 363(f) provides that the Trustee may sell the Debtor's property free and clear under the provisions of subsection (b) only if one of the following conditions is met:

(1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
(2) such entity consents;
(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
(4) such interest is in bona fide dispute; or
(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

In the instant case, the sales price of the Property is fair as it equals current market value, and given the current condition of the Property, this would appear to be the highest possible price the creditor could hope to sell the Property for if it were permitted to lift the stay and sell the Property at at a foreclosure sale. The sale of this Property pursuant to the attached contract is in the best interest of the estate as it will eliminate a property tax liability and will eliminate the Debtor's annual costs to maintain the Property, which is currently vacant, and the estate currently bears a potential liability and continued maintenance costs. The sale will also eliminate the burden of the Debtors to repair the home to current market standards for rental. The previous tenant left the home in dis-repair with approximately $25,000 in repairs that the estate cannot afford to advance funds to repair the home at

this time.

## IV. CONCLUSION

The Debtors respectfully requests that this Court enter an order granting the relief requested and authorizing the sale of the Property with the benefit of 11 U.S.C. § 363(b)(1), free and clear of all liens, and the proceeds of the sale of the Property be authorized to be released to Wells Fargo Bank and for such other and further relief as is just and proper.

DATED this 1st day of June, 2010.

ROCHELEAU LAW GROUP, P.C.

/s/ S.M. Rocheleau
STACY M. ROCHELEAU, ESQ.
Nevada Bar No. 7886
375 N. Stephanie St., Bldg. #2
Henderson, Nevada 89014
stacy@rocheleaulaw.com
Attorneys for Debtors

### CERTIFICATE OF SERVICE OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND COUNTERMOTION TO SELL REAL PROPERTY 7

On June 1, 2010 I served the above-named document by the following means to the persons listed below:

[X]   a.   **ECF System:**

ADAM P BOWLER and TIMOTHY S. CORY
adam.bowler@corylaw.us, susanne@corylaw.us; sue@corylaw.us; annabelle@corylaw.us; tim.cory@corylaw.us

DAVID A. COLVIN on behalf of Creditor TUCKER INVESTMENTS, LLP
dcolvin@marquisaurbach.com; walters@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com

REW R. GOODENOW on behalf of Creditor Celtic Bank at ecf@parsonsbehle.com

KEVIN HAHN on behalf of Creditor CENTRAL MORTGAGE COMPANY at kevin@mclaw.org

BRIAN E HOLTHUS on behalf of Creditor GMAC Inc. at bankruptcy@juww.com

ROBERT R. KINAS on behalf of Counter-Defendant TEXTRON FINANCIAL CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com; vcampbell@swlaw.com; nbaig@swlaw.com

SUSAN WILLIAMS SCANN on behalf of Creditor JOSEPH BAUMAN
sscann@deanerlaw.com, palexander@deanerlaw.com

U.S. TRUSTEE - LV - 11 at USTPRegion17.lv.ecf@usdoj.gov

ACE C VAN PATTEN on behalf of Creditor CITIMORTGAGE, INC.
avanpatten@piteduncan.com, avanpatten@piteduncan.com

GREGORY L. WILDE on behalf of Creditor Wells Fargo Bank, N.A. and US BANK NATIONAL ASSOCIATION at bk@wildelaw.com

JAMES H. WOODALL on behalf of Creditor PROVIDENT FUNDING ASSOCIATES, L.P. at jw@utahtrustee.com

ANNA JANE I ZARNDT on behalf of Creditor GMAC Inc. at BANKRUPTCY@JUWW.COM

[X]   b.   **United States mail, postage fully prepaid:**

Creditors listed on the attached matrix

[ ]   c.   **Personal Service:**

[ ] For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office.

[ ] For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   d.   **By direct email:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   e.   **By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]   f.   **By messenger:**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

_/s/ Stacy M. Rocheleau_
Stacy M. Rocheleau
An employee of ROCHELEAU LAW GROUP, PC

Page 7 of 7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 09-24688-lbr<br>District of Nevada<br>Las Vegas<br>Fri May 14 14:40:02 PDT 2010 | BAC Home Loans Servicing, LP<br>c/o Polk, Prober & Raphael, a Law Corp.<br>20750 Ventura Blvd., #100<br>Woodland Hills, CA 91364-6207 | CENTRAL MORTGAGE COMPANY<br>MALCOLM CISNEROS<br>915 East Bonneville Avenue<br>Las Vegas, nv 89101-7032 |
| Celtic Bank<br>340 East 400 South<br>Salt Lake City, UT 84111-2937 | GMAC Inc.<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | GREEN TREE SERVICING, LLC<br>7360 S KYRENE RD T-120<br>TEMPE, AZ 85283-8432 |
| ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | SAXON MORTGAGE<br>1270 NORTHLAND DRIVE, SUITE 200<br>MENDOTA HEIGHTS, MN 55120-1176 | TEXTRON FINANCIAL CORPORATION, INC.<br>c/o SNELL & WILMER L.L.P.<br>ATTN: ROBERT KINAS, ESQ.<br>3883 HOWARD HUGHES PKWY #1100<br>LAS VEGAS, NV 89169-0965 |
| TUCKER INVESTMENTS, LLP<br>TUCKER INVESTMENTS,LLP<br>C/O MARQUIS & AURBACH<br>ATTN: DAVID A. COLVIN, ESQ.<br>10001 PARK RUN DRIVE<br>LAS VEGAS, NV 89145-8857 | WELLS FARGO BANK, N.A.<br>c/o McCalla,Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| CitiMortgage Inc.<br>P.O. BOX 6941<br>The Lakes, NV 88901-6006 | ALIANTE MASTER ASSOCIATION<br>C/O NEVADA ASSOCIATION SERVICES, INC.<br>6224 WEST DESERT INN ROAD<br>LAS VEGAS, NEVADA 89146-6612 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN  PA 19355-0701 |
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN  PA 19355-0701 | AMERICAN GENERAL FINANCE<br>955 W CRAIG RD 108 & 109<br>NORTH LAS VEGAS NV 89032-0242 | ANCHOR MORTGAGE PENSION PLAN<br>6260 S. RAINBOW BLVD. SUITE 100<br>LAS VEGAS NV 89118-3239 |
| ANTHEM COUNTRY CLUB HOA<br>C/O NEVADA ASSOCIATION SERVICES, INC.<br>6224 WEST DESERT INN ROAD<br>LAS VEGAS, NEVADA 89146-6612 | Allied Interstate, Inc.<br>12655 North Central Expressway #650<br>Dallas, TX 75243-3723 | AmFam, Inc. dba American Family Real Estate<br>c/o Marquis & Aurbach - D. Colvin, C. Ro<br>10001 Park Run Drive<br>Las Vegas, NV 89145-8857 |
| American Express<br>Acct No xxxx-xxxxx-x2008<br>c/o GC Services Limited Partnership<br>PO Box 39050<br>Phoenix, AZ 85069-9050 | American Express<br>Acct No xxxxxxxxxxxx3000<br>c/o GC Services Limited Partnership<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | American General Finance<br>Acct No xxxx5083<br>1928 N Decatur<br>Las Vegas, NV 89108-2206 |
| American Hardware Mutual Insurance<br>Acct No 5634<br>4741 East Broad Street<br>Columbus, OH 43213 | Anchor Mortgage Pension Fund<br>6260 S RainbowBlvd #265<br>Las Vegas, NV 89118-3238 | Arroyo Mesa Townhomes<br>Acct No 1625BX<br>PO Box 63398<br>Phoenix, AZ 85082-3398 |
| BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 | BANK OF AMERICA, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 | BANK OF THE WEST<br>C/O JONATHAN NEIL & ASSOCIATES<br>PO BOX 7000<br>TARZANA CA 91357-7000 |

Bank of America
9000 Southside Blvd
Jacksonville, FL 32256-6705

Bank of America
Acct No xxxx-xxxxxx-x3701
PO Box 17054
Wilmington, DE 19884-0001

Bank of America
Acct No xxxxxxxxxx2799
4161 Peidmont Pkwy
Greensboro, NC 27410-8110

Bank of America
PO bOx 10219
Van Nuys, CA 91410-0219

Bank of America Servicing, LP
c/o BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063-3391

Bank of the West
POB 515274
Los Angeles, CA 90051-6574

Bank of the West
Reporting/accounting NC-TRE-BI-D
PO Box 8160
Walnut Creek, CA 94596-8160

CITI
Acct No xxxx1806xxx
PO Box 6401
The Lakes, NV 88901-6401

Celtic Bank
340 E 400 S
Salt Lake City, UT 84111-2937

Cental Mortgage
Acct No xxxxxx2786
801 John Barrow Rd Ste 1
Little Rock, AR 72205-6599

Central Mortgage Company
801 John Barrow Road Suite 1
Little Rock, AR 72205-6511

Chase
Acct No xxxx8510xxxx
PO Box 94014
Palatine, IL 60094-4014

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citi Martgage
Acct No xxxxxxx189-1
PO Box 6006
The Lakes, NV 88901-6006

Clark County Treasurer
500 S Grand Central Pkwy
PO Box 551220
Las Vegas, NV 89155-1220

Clark County Treasurer
Acct No xxx-xx-xx0-116
500 S Garnd Central Parkway
po bOX 551220
Las Vegas, NV 89155-1220

Clark County WAter Reclamation
Acct No xxx0205
PO Box 98526
Las Vegas, NV 89193-8526

Conant Nelson & Conant, LTD
Acct No x4029
3215 W. Charleston Blvd
Las Vegas, NV 89102-1953

Contant Nelson & Contant
Acct No x4001
3125 W Charelston Blvd
Las Vegas, NV 89102

Countrywide HL
Acct No xxxxx3681
450 American Street
Simi Valley, CA 93065-6285

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

David Vu
c/o Leslie Godfrey
3773 Howard Hughes Pkwy #400N
Las Vegas, NV 89169-5956

Discover Financial Services
Acct No xxxx0094xxxx
Po box 15316
Roswell, GA 30076

FOOTHILLS AT MACDONALD RANCH MASTER HOA
C/O NEVADA ASSOCIATION SERVICES, INC.
6224 WEST DESERT INN ROAD
LAS VEGAS, NEVADA 89146-6612

GE COMMERCIAL RECOVERY SERVICE
75 REMITTANCE DRIVE 1752
CHICAGO IL 60675-1752

GE Capital
PO Box 31001
Pasadena, CA 91110-0001

GE Commercial Distribution Finance
PO Box 74656
Chicago, IL 60575

GENERAL ELECTRIC CAPITAL CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPITDS IA 52404-8247

GMAC
Acct No xxxxxxx9978
PO Box 9001948
Louisville, KY 40290-1948

GMAC
PO Box 78252
Phoenix, AZ 85062-8252

Gate Way Bank
Acct No xx xxxx67 01
2336 Merced St
San Leandro, CA 94577-4209

Horizon Heights Real
PO Box 530778
Henderson, NV 89053-0778

Interstate Battery Co.
4151 W. Oquendo
Las Vegas, NV 89118-3024

Joseph and Kristine Bauman
8220 Omni Ct
Las Vegas, NV 89149-4700

Lockett & Sullivan
PO Box 71509
Reno, NV 89570

Mastercraft of Las Vegas
PO Box 530778
Henderson, NV 89053-0778

NEVADA STATE BANK
C/O LEGAL PROCESSING DEPT.
PO BOX 990
LAS VEGAS NV 89125-0990

Nevada Department of tranportation
1263 SOuth Stewart Street
Carson City, NV 89712-0002

Nevada State Bank
Acct No x2001xxxx
2185 S 3270 W
Salt Lake City, UT 84119-1109

OPHRYS
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Port Supply
POB 50060
Watsonville, CA 95077-5060

Provident Funding
Acct No xxxxx0181
PO Box 54957
Los Angeles, CA 90054-0957

QUIKSILVER
C/O CRF SOLUTIONS
P.O. BOX 1389
SIMI VALLEY, CA 93062-1389

RMI Mangament
Acct No ANCCxxxxxx7401
Anthem Country Club HOA
PO Box 98819
Las Vegas, NV 89193-8819

RMS
77 Hartland St #401
East Hartford, CT 06108-3253

Raymond Tan
4875 Buckhaven Rd
Reno, NV 89519-0969

Real Properties Management Group
Acct No 1448 MacDonald Ranch Dr
The Foothills
PO Box 95606
Las Vegas, NV 89193-5606

Santoro Driggs
400 S. 4th 3rd floor
Las Vegas, NV 89101-6201

Santoro, Driggs, Walch, Kearney, Holley & Th
Attn:  Timora Cereghino
400 South Fourth Street, Third Floor
Las Vegas, NV 89101-6201

Saxon Mortgage Crop
Acct No xxxxxx3663
4708 Merchantile Dr N
Fort Worth, TX 76137-3605

Saxon Mortgage, Inc.
1270 Northland Dr.
Suite 200
Mendota Hieghts, MN 55120-1176

Southern Nevada Health District
Acct No xxx-xx-xx2-004
PO Box 3902
Las Vegas, NV 89127-3902

Summerfield Village HOA
Acct No 588
PO Box 63185
Phoenix, AZ 85082-3185

TUCKER INVESTMENTS, LLP
C/O MARQUIS & AURBACH
ATTN: DAVID COLVIN, CRAIG ROBINSON
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145-8857

Textron Financial
21720 Network Place
Chicago, IL 60673-0001

The Bank of New York Mellon et al
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive
PTX-B-35
Plano, TX 75024-4100

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

UPS
PO Box 854820
Los Angeles, CA 90169

US Bank NA
c/o Snell & Wilmer
3883 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169-0965

Wells Fargo
Acct No xx6539xxxx
PO BOx 30086
Los Angeles, CA 90030-0086

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Bankruptcy Department<br>3476 Stateview Blvd<br>X7801-014<br>Ft. Mill, SC 29715-7203 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Student Loan<br>Acct No xxxxxxxx6419xxxx<br>PO Box 5185<br>Sioux Falls, SD 57117-5185 |
| Wels Fargo<br>PO Box 51965<br>Los Angeles, CA 90051-6265 | YESCO<br>2408 Foothills Dr.<br>Salt Lake City, UT 84109 | ADAM P BOWLER<br>TIMOTHY S. CORY & ASSOCIATES<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117-5865 |
| DARCIE ANN YAKUBIK<br>1448 MACDONALD RANCH DRIVE<br>LAS VEGAS, NV 89012-7247 | JOSEPH BAUMAN<br>8220 Omni Court<br>Las Vegas, NV 89149-4700 | JOSEPH WILLIAM YAKUBIK<br>PO BOX 530778<br>HENDERSON, NV 89053-0778 |
| TIMOTHY S. CORY<br>8831 W. SAHARA AVE.<br>LAKES BUSINESS PARK<br>LAS VEGAS, NV 89117-5865 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PROVIDENT FUNDING ASSOCIATES, L.P. | (u)US BANK NATIONAL ASSOCIATION | (u)Barclay's Bank of Delaware<br>Acct No xx9596xxx |
| (d)GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 | (u)Juniper | (u)Mastercraft of Las Vegas |
| (u)Sears/CBSD<br>Acct No xxxx9413xxxx | (d)TEXTRON FINANCIAL CORPORATION<br>C/O SNELL & WILMER L.L.P.<br>ATTN: ROBERT KINAS, ESQ.<br>3883 HOWARD HUGHES PARKWAY #1100<br>LAS VEGAS, NV 89169-0965 | End of Label Matrix<br>Mailable recipients    99<br>Bypassed recipients    8<br>Total                 107 |