**Entered on Docket
July 16, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Robert R. Kinas (Nevada Bar No. 6019)
Richard C. Gordon (Nevada Bar No. 9036)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
       rgordon@swlaw.com
       cdossier@swlaw.com
*Attorneys for Textron Financial Corporation*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 09-22500-lbr |
| | Chapter 7 |
| MASTERCRAFT OF LAS VEGAS, INC., | |
| | **ORDER CONTINUING VARIOUS MATTERS FOR STATUS CHECK TO JULY 21, 2010 AT 1:30 P.M.** |
| Debtor. | |
| | Old Hearing Date:  June 16, 2010 |
| | Old Hearing Time:  1:30 p.m. |
| | New Hearing Date:  July 21, 2010 |
| | New Hearing Time:  1:30 p.m. |

The Court having entertained oral argument on a variety of matters pending *In re Joseph William Yakubik and Darcie Ann Yakubik*, Bankruptcy Case No. 09-24688 (the "Yakubik

11644411.1

Bankruptcy), *In re Mastercraft of Las Vegas, Inc.*, Bankruptcy Case No. 09-22500 (the "MCLV Bankruptcy"), and *Textron Financial Corporation v. Yakubik et. al.*, Adversary Case No. 10-01092 (the "Nondischargeability Adversary"), and *Weinstein v. Mastercraft of Las Vegas, Inc. et al.*, Adversary Case No. 10-01177 (the "Turnover Adversary") on Wednesday, June 16, 2010 at 1:30 p.m., with counsel for Textron Financial Corporation ("TFC") appearing by and through its counsel, Claire Dossier and Richard Gordon of Snell & Wilmer L.L.P., with the Yakubiks and Mastercraft of Las Vegas, Inc. appearing by and through their counsel, Stacy Rocheleau, and with the chapter 7 trustee Yvette Weinstein appearing by and through her counsel, David Colvin of Marquis & Aurbach, and the various parties having represented that they are engaged in settlement negotiations and wish to continue some of the pending matters for a status check thirty (30) days out, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion to Convert Case from Chapter 11 to Chapter 7 [Docket No. 173 in the Yakubik Bankruptcy] is set for a status check on July 21, 2010 at 1:30 p.m.;

**IT IS FURTHER ORDERED** that the Third Amended Disclosure Statement [Docket No. 216 in the Yakubik Bankruptcy] is set for a status check thirty (30) days out, on July 21, 2010 at 1:30 p.m.;

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Docket No. 11 in the Nondischargeability Adversary] is set for a status check thirty (30) days out, on July 21, 2010 at 1:30 p.m.;

**IT IS FURTHER ORDERED** that the Scheduling Conference [Docket No. 5 in the Nondischargeability Adversary] is set for a status check thirty (30) days out, on July 21, 2010 at 1:30 p.m.;

**IT IS FURTHER ORDERED** that TFC's Motion for Preliminary Injunction [Docket No. 16 in the Turnover Adversary] status check thirty (30) days out, on July 21, 2010 at 1:30 p.m., and that there shall issue a separate order governing the status of the preliminary injunction in the Turnover Adversary;

///

11644411.1

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

**Approved / Disapproved**

ROCHELEAU LAW GROUP, P.C.

By:  /s/ Stacy M. Rocheleau
Stacy M. Rocheleau
375 N. Stephanie Street, Bldg. 2, #212
Henderson, NV 89014
*Attorneys for Debtors*

**Approved / Disapproved**

TIM CORY & ASSOCIATES

By:  "No Response"
Adam Bowler
8831 West Sahara Ave.
Las Vegas, NV 89117
*Former Attorneys for Debtors*

**Approved / Disapproved**

MARQUIS & AURBACH

By:  "No Response"
David Colvin
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Chapter 7 Trustee*

/ / /

11644411.1

- 3 -

1  **IT IS SO ORDERED.**

3  Prepared and Respectfully Submitted By:

4  SNELL & WILMER L.L.P.

5
6  By: ___/s/ Claire Y. Dossier___
    Robert R. Kinas (Nevada Bar No. 6019)
    Richard C. Gordon (Nevada Bar No. 9036)
7   Claire Y. Dossier (Nevada Bar No. 10030)
    3883 Howard Hughes Parkway, Suite 1100
8   Las Vegas, NV 89169
    Telephone: (702) 784-5200
9   Facsimile: (702) 784-5252
    *Attorneys for Textron Financial Corporation*

10                                               ###

11644411.1

- 4 -