**Entered on Docket**
**September 09, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
10-71050

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-24688-lbr |
|---|---|
| Joseph William Yakubik and Darcie Ann Yakubik | Date:  8/25/10<br>Time:  1:30pm |
| | Chapter 11 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 4443 East Harmon Avenue, Las Vegas, NV 89121.

IT IS FURTHER ORDERED ADJUDGED and DECREED that no foreclosure proceedings shall occur prior to 30 days after the entrance of this order.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _Multluln #10099_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Timothy Cory
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
U.S. Trustee - LV - 11
Chapter 11 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  The court has waived the requirements set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

__x__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

_____  approved the form of this order            _____  disapproved the form of this order
_____  waived the right to review the order and/or   _____  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order            _____  disapproved the form of this order
_____  waived the right to review the order and/or   _____  failed to respond to the document


__X__  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____  approved the form of this order            _____  disapproved the form of this order
_____  waived the right to review the order and/or   __X__  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order            _____  disapproved the form of this order
_____  waived the right to review the order and/or   __X__  failed to respond to the document

_____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor