**Entered on Docket**
**October 04, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

STACY M. ROCHELEAU, ESQ.
Nevada Bar No. 7886
ROCHELEAU LAW GROUP, P.C.
375 N. Stephanie St., Bldg. #2
Henderson, Nevada 89014
(702) 914-0400
Fax: (702) 914-0256
stacy@rocheleaulaw.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>YAKUBIK, JOSEPH WILLIAM, and<br>YAKUBIK, DARCIE ANN | Case No.  BK-S-09-24688-lbr<br>Chapter 11<br><br>Date:  September 29, 2010<br>Time:  1:30 p.m. |

### ORDER RE: INTERIM STIPULATION FOR ADEQUATE PROTECTION

Pursuant to the Interim Stipulation for Adequate Protection by and between the Movants US BANK NATIONAL ASSOCIATION ("Creditor") and the Debtors Joseph William Yakubik and Darcie Ann Yakubik ("Debtors"), by and through their respective counsel of record, to provide adequate protection to the Creditor, on the following terms and conditions with regard to the real property located at 1448 MacDonald Ranch Drive, Henderson, NV 89012 (the "Property").

**IT IS HEREBY ORDERED ADJUDGED AND DECREED,** that the automatic stay shall remain in full force and effect on the Property for a period of six (6) months, conditioned upon the Debtor's performing the terms of the stipulation, as follows:

1. The Motion is vacated conditioned up the Debtor's compliance with the terms of this Order.

2. Debtors shall make monthly adequate protection payments to Creditor commencing October 1, 2010 estimated in the amount of $6,865.00 consisting of net rental proceeds as follows:

| | |
|---|---|
| Monthly Rent: | $7,500.00 |
| Management Fee: | ($250.00) |
| HOA Dues: | ($275.00) |
| Pool Service: | ($110.00) |
| Net Proceeds: | $6,865.00 |

3. The acceptance of these funds will not prejudice any of the rights of US BANK NATIONAL ASSOCIATION, including the right to object to confirmation and/or oppose any valuation of the Property.

4. Debtors shall promptly confirm their Chapter 11 Plan.

5. For so long as the automatic stay applies to the subject property, if Debtors default on any provision contained in paragraphs 1, 2, and/or 3, inclusive of this Order, Creditor shall provide written notice to Debtors at PO Box 530778, Henderson, NV 89053 and to Stacy Rocheleau, Esq., at 375 N. Stephanie Street, Building 2, Henderson, Nevada 89074, Debtors' attorneys of record, indicating the nature of the default. If Debtors fail to cure the default after the passage of thirty (30) calendar days from the date written notice is placed in the mail, then Creditor may file an ex parte Declaration of Non-Cure and an Order terminating automatic stay, the automatic stay shall be immediately terminated as to Creditor and Creditor may proceed to foreclose its security interest in the Property under the terms of the Note and Mortgage and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Property without further order or proceeding of this Court.

5. In the event that Creditor is granted Relief from the Automatic Stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

///

///

///

///

6. In the event that the Debtors default under this Stipulation and Creditor forwards a 30-day letter to Debtors, they shall be required to tender $75.00 for each default letter submitted in order to cure the default.

Dated this ___ day of September, 2010.      Dated this ___ day of September, 2010.

WILDE & ASSOCIATES                           ROCHELEAU LAW GROUP

_____                    _____
Gregory L. Wilde, Esq.                       Stacy M. Rocheleau, Esq.
Nevada Bar No. 4417                          Nevada Bar No. 7886
212 South Jones Boulevard                    375 N. Stephanie, Building 2
Las Vegas, Nevada 89107                      Henderson, Nevada 89014
bk@wildelaw.com                              stacy@rocheleaulaw.com
Attorneys for US BANK                        Attorney for Debtors
NATIONAL ASSOCIATION

# # #